UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LAURA KAU,

    Plaintiff,

 v.                Case No. **22-cv-928-JPS**

WISCONSIN INDEPENDENT
LEARNING COLLEGE, INC., et al.

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named parties hereby stipulate and agree that the above entitled action and all complaints, causes of action, claims, counterclaims and cross-claims shall be dismissed with prejudice, upon the merits, and without further cost to any of the parties

.

Dated: November 17th, 2022   BY: s/Paul Schinner
                  Paul Schinner
                  Cross Law Firm, S.C.
                  Attorneys for Plaintiff Laura Kau
                  845 North 11th Street
                  Milwaukee, WI 53233
                  P: 414-224-0000
                  F: 414-273-7055
                  Email: schinner@crosslawfirm.com

Dated: November 17th, 2022   BY: s/ Thomas A/ Cabush
                  Thomas A. Cabush (SBN 1019433)

Michel J. King (SBN 1085336)
Kasdorf, Lewis & Sweitlik, S.C.
One Park Plaza, Fifth Floor
11270 W. Park Place
Milwaukee, WI 53224
P: 414-577-4000
F: 414-577-4400
Email: tcabush@kasdorf.com
mking@kasdorf.com

2